IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **CLEAR WITH COMPUTERS, LLC**<br><br>**Plaintiff,**<br><br>v.<br><br>**BERGDORF GOODMAN, INC, et al.,**<br><br>**Defendants.** | No. 6:09-cv-481-LED<br><br>(Lead Case) |
| **CLEAR WITH COMPUTERS, LLC**<br><br>**Plaintiff,**<br><br>v.<br><br>**BASSETT FURNITURE INDUSTRIES, INC.; et al.,**<br><br>**Defendants.** | No. 6:09-cv-95-LED<br><br>(Consolidated) |
| **CLEAR WITH COMPUTERS, LLC**<br><br>**Plaintiff,**<br><br>v.<br><br>**HYUNDAI CONSTRUCTION EQUIPMENT USA, INC., et al.**<br><br>**Defendants.** | No. 6:09-cv-139-LED<br><br>(Consolidated) |

**ORDER GRANTING UNOPPOSED MOTION TO COMPEL PRODUCTION OF J. JILL GROUP, INC.'S LICENSE AGREEMENT WITH NCR CORPORATION**

On this day, the Court considered Plaintiff Clear With Computers, LLC's ("CWC") Motion to Compel Production of J. Jill Group, Inc.'s License Agreement With NCR Corporation. Having considered said motion, the Court finds that the motion should be GRANTED.

IT IS, THEREFORE, ORDERED that CWC's Motion to Compel Production of J. Jill Group, Inc.'s License Agreement with NCR Corporation is granted.

**So ORDERED and SIGNED this 12th day of October, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**